IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-2298-LTB

ELLERY EMERT,

    Applicant,

v.

GURLEY, Judge, Mesa County District Court,
CASEBOLT, Judge, Colorado Court of Appeals,

    Respondents.

---

## JUDGMENT

---

    Pursuant to and in accordance with the Order of Dismissal entered by Lewis T. Babcock, Senior District Judge, on November 8, 2012, it is hereby

    ORDERED that Judgment is entered in favor of Respondents and against Applicant.

    DATED at Denver, Colorado, this 8 day of November, 2012.

                        FOR THE COURT,

                        JEFFREY P. COLWELL, Clerk


                        By: s/ S. Grimm
                            Deputy Clerk